Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-10-00358-CV

Raul Perez **AVILA** and AAA Freebird Bail Bonds,
Appellants

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. 2009-CV-0176
Honorable Frank Follis, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed:  June 30, 2010

REVERSED AND RENDERED

The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. They request that the trial court's judgment be reversed, and that judgment be rendered in conformity with their settlement agreement.

The motion is granted. The judgment of the trial court is reversed, and judgment is rendered that the State of Texas do have and recover of and from AAA Freebird Bail Bonds the

sum of One Thousand Five Dollars and 00/100 ($1,005.00).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM